THE STATE EX REL. WIERS FARMS COMPANY, APPELLANT, *v.*
INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Wiers Farms Co. v. Indus.
Comm.* (1994), 69 Ohio St.3d 569.]

(No. 93–1077—Submitted May 16, 1994—Decided July 13, 1994.)

*Jack L. Johnson,* for appellant.

*Lee I. Fisher,* Attorney General, and *Janie D. Roberts,* Assistant Attorney General, for appellees Industrial Commission and Administrator, Bureau of Workers' Compensation.

---

*Per Curiam.* Based on our decision in *State ex rel. Buurma Farms, Inc. v. Indus. Comm.* (1994), 69 Ohio St.3d 111, 630 N.E.2d 686, the judgment of the court of appeals is hereby affirmed.

*Judgment affirmed.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents.